UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

November 26, 2024

Joan Kane
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

Kaleigh Blackwell
Office of the United States Attorney
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK 73102

Ms. Laura Deskin
Mr. Kiefer Rose
Ms. Julia Summers
Office of the Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee Avenue, Suite 109
Oklahoma City, OK 73102

**RE:** 24-6158, United States v. Freeman
Dist/Ag docket: 5:23-CR-00367-SLP-1

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

                                            Sincerely,

                                            Christopher M. Wolpert
                                            Clerk of Court

CMW/art